# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br><br>    Plaintiff,<br><br>vs.<br><br>PERRY CHAMANI, *et al.*,<br><br>    Defendants. | 2:11-cv-00444-PMP-LRL<br><br>**ORDER** |

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment against Perry Chamani, aka Pirooz Perry Chamani, Fay Chamani, and Environmental Landscape, Inc. (Doc. #12) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment accordingly.

DATED:   July 18, 2011.

_____
PHILIP M. PRO
United States District Judge