UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| National Credit Union Administration Board, in its capacity as liquidating agent of Ensign Federal Credit Union <br><br> Plaintiff(s), <br> vs. <br><br><br> Perry Chamani, a/k/a Pirooz Perry Chamani, Fay Chamani, Environmental Landscape, Inc. <br><br> Defendant(s). | Case # 2:11-cv-00444-PMP -LRL <br><br> **DEFAULT** |

    It appearing from the records in the above-entitled action that Summons issued on the \_\_\_\_Original\_\_\_\_ Complaint \_\_\_\_March 24, 2011\_\_\_\_
(Original, Amended, etc)          (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants Perry Chamani a/k/a Pirooz Perry Chamani, Fay Chamani, and Environmental Landscape, Inc..

in the above-entitled action is hereby entered.

DATED: July 18, 2011

LANCE S. WILSON, CLERK

By: /s/ Molly Morrison
Deputy Clerk