Joseph S. Kistler (3458)
Cynthia G. Milanowki (5652)
Michael S. Kelley (10101)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086

*Attorneys for Plaintiff, National Credit Union Administration Board, in its Capacity as Liquidating Agent of Ensign Federal Credit Union*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, in its Capacity as Liquidating Agent of ENSIGN FEDERAL CREDIT UNION, | Case No: 2:11-cv-00444-PMP-LRL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PERRY CHAMANI, aka PIROOZ PERRY CHAMANI; FAY CHAMANI; ENVIRONMENTAL LANDSCAPE, INC., DOES I-X, and ROE CORPORATIONS I-X, | |
| Defendants. | |

This matter came before the Court on Plaintiff National Credit Union Administration Board's, in its Capacity as Liquidating Agent of Ensign Federal Credit Union ("Plaintiff" or the "Liquidating Agent") Motion for Default Judgment Against Perry Chamani, aka Pirooz Perry Chamani, Fay Chamani, and Environmental Landscape Inc. (Dkt. #12, hereinafter the "Motion"). Defendant failed to appear and defend in this lawsuit.

Pursuant to the Findings of Fact, Conclusions of Law, and Decision entered herein, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Judgment be entered against Defendants jointly and severally as follows:

///

1       In the principal amount of $1,097,098.61 together with interest in the amount of
2  $40,556.74 from November 1, 2010 through July 5, 2011;
3       Additional interest accruing at the contractual rate of 5.25% per annum on the
4  outstanding balance until paid in full;
5       Fair and reasonable litigation costs in an amount to be set forth by Plaintiff in its Bill of
6  Costs to be filed upon entry of Judgment in this matter;
7       Real property appraisal fees in the amount of $2,900;
8       Pre-foreclosure date Clark County property taxes in the amount of $39,862 paid by
9  Plaintiff on March 14, 2011;
10      Foreclosure fees in the amount of $18,805.32; and
11      Reasonable attorneys' fees incurred in the amount of $10,967.50; and anticipated future
12 attorney's fees in the amount of $1,250.
13      Dated _ July 28, 2011.

*/s/ Philip M. Pro*
_____
**PHILIP M. PRO**
**United States District Judge**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC., and that on the 27th day of July, 2011, I caused the above and foregoing document entitled **[Proposed] JUDGMENT** to be served as follows:

- ☐ Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, to be served **via electronic service**;

- ☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

- ☐ Pursuant to FRCP 5(b)(2)(D), to be sent **via facsimile**;

- ☐ to be hand-delivered

to the attorney(s) listed below at the address and/or facsimile number indicated below:

Ian Christopherson
Christopherson Law Offices
3430 E. Flamingo Road, Ste. 212
Las Vegas, NV 89121
*Attorneys for Defendant*
*Perry Chamani, aka Pirooz Perry Chamani;*
*Fay Chamani; and Environmental Landscape, Inc*

/s/ Ehrenbaugh
An employee of Hutchison & Steffen, LLC

- 3 -